HERBERT HAVERHILL, Appellant, *v.* INTERNATIONAL RAILWAY COMPANY, Respondent.

*Former adjudication — negligence — railroads — motor vehicles — action to recover for damage to motor truck from collision with street railway car — record of judgment recovered by driver of truck for personal injuries received in accident improperly received in evidence on questions of negligence.*

*Haverhill* v. *International Ry. Co.*, 217 App. Div. 521, affirmed.
(Submitted January 17, 1927; decided February 23, 1927.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered June 29, 1926, reversing a judgment in favor of plaintiff, entered upon a verdict and granting a new trial in an action to recover for damage to plaintiff's motor truck alleged to have been occasioned through the negligence of the defendant. Prior to the trial of this action the driver of the truck had recovered in the City Court of Buffalo a judgment against defendant for personal injuries received by him in the same accident. On this trial plaintiff offered in evidence the record of the City Court case claiming it was a determination on the issues of defendant's negligence and the contributory negligence of the driver. The record was received and evidence thereafter offered by defendant to show freedom from negligence on its part and contributory negligence of the driver was rejected on the ground that those questions had been adjudicated. The Appellate Division held that the City Court judgment was not competent evidence and should have been excluded.

*Frank Gibbons* for appellant.

*Selby G. Smith* and *John J. K. Caskie* for respondent.

Order affirmed and judgment absolute ordered against appellant on the stipulation, with costs in all courts; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN and KELLOGG, JJ.